15 F.3d 186
 304 U.S.App.D.C. 367
 ALLIANCE FOR COMMUNITY MEDIA; The Alliance For
Communications Democracy; People for the American
Way, Petitioners,
v.
FEDERAL COMMUNICATIONS COMMISSION, United States of America,
Respondents
and Consolidated Cases.
 No. 93-1169.
 United States Court of Appeals,
District of Columbia Circuit.
 Feb. 16, 1994.
 
 Before: MIKVA, Chief Judge; WALD, EDWARDS, SILBERMAN, BUCKLEY, WILLIAMS, GINSBURG, SENTELLE, HENDERSON, and RANDOLPH, Circuit Judges.
 ORDER
 PER CURIAM.
 
 
 1
 Respondents' Suggestion For Rehearing In Banc and the response thereto have been circulated to the full court. The taking of a vote was requested. Thereafter, a majority of the judges of the court in regular, active service voted in favor of the suggestion. Upon consideration of the foregoing, it is
 
 
 2
 ORDERED, by the Court in banc, that the suggestion is granted and these cases will be reheard by the court sitting in banc. It is[304 U.S.App.D.C. 368] FURTHER ORDERED, by the court in banc, that the judgment filed herein on November 23, 1993 be, 10 F.3d 812, and the same hereby is, vacated.
 
 
 3
 A future order will govern further proceedings.